UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Heidi Bishop a/k/a Heidi R. Bishop a/k/a Heidi Renee Bishop | : | CASE NO. 14-18076-ref |
| Debtor | : | CHAPTER 13 |
| | | |
| Nationstar Mortgage, LLC, Movant | : | |
| | : | Hearing Date: 07/23/2019 |
| Vs. | : | Time: 11:00 a.m. |
| | : | Location: The Madison., 3rd Fl. 400 Washington St. Reading, PA 19601 |
| Heidi Bishop a/k/a Heidi R. Bishop a/k/a Heidi Renee Bishop, Debtor/Respondent | : | |
| And | : | |
| Frederick L. Reigle, | : | |
| Trustee/Respondent | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

To:   U.S. Trustee and Trustee

Movant, Heidi Bishop a/k/a Heidi R. Bishop a/k/a Heidi Renee Bishop, the Debtor in this bankruptcy proceeding, filed a Motion to Set Aside Certificate of Default with the Court.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.**

1.    If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before July 19, 2019, you or your attorney must do all of the following:

(a)    File an answer explaining your position at United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19606. If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    Mail a copy to the Movant's attorney at:
Harry Newman, Esquire
210 E. Broad St.
Bethlehem, PA 18018

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on July 23, 2019, at 11:00 a.m. in Courtroom #1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one has filed an answer.

DATED: 06/10/19