UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | HEIDI BISHOP, A/K/A HEIDI R. R. BISHOP, A/K/A HEIDI RENEE BISHOP, | : : : : | FILE NO. 14-18076-REF |
| | Debtor | : | CHAPTER 13 |

**ORDER**

AND NOW, upon consideration of Applicant, Harry Newman's Application for Compensation and Reimbursement of Expenses, and there being no responses of any kind filed with the Court, IT IS HEREBY ORDERED that Application for Compensation and Reimbursement of Expenses of Harry Newman, Esquire, is granted in the amount of $3,363.00.

BY THE COURT:

Bankruptcy Judge