Certificate Number: 14912-PAE-DE-033322741

Bankruptcy Case Number: 14-18076



14912-PAE-DE-033322741

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2019, at 12:16 o'clock PM EDT, Heidi Bishop completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 29, 2019           By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor