IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      HEIDI BISHOP, A/K/A HEIDI R.      :      FILE NO. 14-18076-REF
R. BISHOP, A/K/A HEIDI RENEE   :
BISHOP,                                                   :
                                                               :
            Debtor                                    :      CHAPTER 13

**CERTIFICATION OF NO RESPONSE**

The undersigned hereby certifies that the deadline for responding to Debtor's Application for Compensation and Reimbursement of Expenses of Counsel was September 6, 2019; that as of the time and date of filing this certification on September 16, 2019, no response of any kind has been received by the undersigned nor filed with the Court.

Wherefore, Movant certifies the lack of objection to his motion and requests that the Court enter the proposed Order authorizing compensation and reimbursement of expenses of Counsel.

DATED: 09/16/19

Harry Newman, Esquire
Attorney for Debtor