UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | HEIDI BISHOP, A/K/A HEIDI R. R. BISHOP, A/K/A HEIDI RENEE BISHOP, | : : : : | Bky. No. 14-18076-ELF |
| | Debtor | : | CHAPTER 13 |

### ORDER

AND NOW, upon consideration of Applicant Harry Newman's Application for Compensation and Reimbursement of Expenses, and there being no responses of any kind filed with the Court, IT IS HEREBY **ORDERED** that Application for Compensation and Reimbursement of Expenses of Harry Newman, Esquire, is **GRANTED**.  Compensation of $3,363.00 is **ALLOWED**.  The Trustee may distrubte $1,363.00 on  account of the allowed compensation to the extent provided for in the confirmed chapter 13 plan.

Date:  9/17/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**