**Fill in this information to identify the case:**

Debtor 1 __Heidi Bishop_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern_____   District of __Pennsylvania__
(State)

Case number __14-18076 ELF_____

Form 4100N

# Notice of Final Cure Payment                                                                 10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1:  Mortgage Information

**Name of creditor:** __Nationstar Mortgage LLC_____

**Court claim no.** (if known): __1__

**Last 4 digits** of any number you use to identify the debtor's account:  __9__  __0__  __2__  __5__

**Property address:** __3614 Church Road_____
Number    Street

_____
__Northampton_____  __PA__  __18067__
City                  State    ZIP Code

## Part 2:  Cure Amount

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) | $ 27,380.76 |
| b. Prepetition arrearage paid by the trustee: | (b) | $ 27,380.76 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ _____ |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ _____ |
| e. Allowed postpetition arrearage: | (e) | $ _____ |
| f. Postpetition arrearage paid by the trustee: | + (f) | $ _____ |
| g. **Total**. Add lines b, d, and f. | (g) | $ 27,380.76 |

## Part 3:  Postpetition Mortgage Payment

*Check one:*

❑ Mortgage is paid through the trustee.

Current monthly mortgage payment:                                                                    $ _____

The next postpetition payment is due on:   ___/___/_____
                                         MM / DD / YYYY

❑ Mortgage is paid directly by the debtor(s).

| Debtor 1 | Heidi | Bishop | Case number (*if known*) | 14-18076 |
|---|---|---|---|---|
| | First Name   Middle Name | Last Name | | |

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Scott F. Waterman, Esquire
Signature

Date 09/ 18/ 2019

| Trustee | Scott | F. | Waterman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Address | 2901 St. Lawrence Avenue, Suite 100 | | |
|---|---|---|---|
| | Number    Street | | |
| | Reading | PA | 19606 |
| | City | State | ZIP Code |

Contact phone ( 610 ) 779 – 1313

Email info@readingch13.com