United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18076-elf
Heidi Bishop                                                              Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett          Page 1 of 1          Date Rcvd: Sep 17, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db            +Heidi Bishop,    3614 Church Rd,    Northampton, PA 18067-9101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
            ANDREW  SPIVACK   on behalf of Creditor   Nationstar Mortgage LLC paeb@fedphe.com
            ANDREW M. LUBIN   on behalf of Creditor   Nationstar Mortgage LLC alubin@milsteadlaw.com,
            bkecf@milsteadlaw.com
            HARRY J. NEWMAN    on behalf of Debtor Heidi  Bishop lawyer@hjnlaw.com
            LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
            MATTEO SAMUEL WEINER   on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
            MATTEO SAMUEL WEINER   on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
            MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
            bkecf@milsteadlaw.com
            SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 9

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | HEIDI BISHOP, A/K/A HEIDI R. | : | Bky. No. 14-18076-ELF |
| | R. BISHOP, A/K/A HEIDI RENEE | : | |
| | BISHOP, | : | |
| | | : | |
| | Debtor | : | CHAPTER 13 |

**ORDER**

AND NOW, upon consideration of Applicant Harry Newman's Application for Compensation and

Reimbursement of Expenses, and there being no responses of any kind filed with the Court, IT IS HEREBY

**ORDERED** that Application for Compensation and Reimbursement of Expenses of Harry Newman,

Esquire, is **GRANTED**.  Compensation of $3,363.00 is **ALLOWED**.  The Trustee may distrubte $1,363.00

on  account of the allowed compensation to the extent provided for in the confirmed chapter 13 plan.

Date:  9/17/19

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**