United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18076-elf
Heidi Bishop                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett          Page 1 of 2              Date Rcvd: Nov 18, 2019
                              Form ID: 138NEW          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
```
db              +Heidi Bishop,    3614 Church Rd,    Northampton, PA 18067-9101
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13449584         ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13422270        +Fin Recovery,    200 East Park Drive,    Mount Laurel, NJ 08054-1297
13438527       ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                  P.O. Box 630267,    Irving, TX 75063)
13782154        +Nationstar Mortgage LLC,    Milstead & Associates LLC,    1 East Stow Road,
                  Marlton, NJ 08053-3118
13438625        +Nationstar Mortgage LLC,    Phelan Hallinan, LLP,    1617 JOHN F. KENNEDY BLVD. , SUITE 1400,
                  PHILADELPHIA, PA 19103-1814
13422272        +North Star Mortgage,    C/O McCabe, Weisberg And Conway, P.C.,
                  123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
14417234         U.S. Bank Trust National Association, not in its i,    PO Box 814609,    Dallas, TX  75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 19 2019 04:08:50
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 19 2019 04:09:07      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13422271        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2019 04:08:57      Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX  75261-9741)
cr*              U.S. Bank Trust National Association, not in its i,    PO Box 814609,    Dallas, TX  75381-4609
13498680*      ++NATIONSTAR MORTGAGE LLC,     PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas TX 75261-9741)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
              ANDREW M. LUBIN    on behalf of Creditor    Nationstar Mortgage LLC alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              HARRY J. NEWMAN    on behalf of Debtor Heidi  Bishop lawyer@hjnlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: Antoinett             Page 2 of 2                   Date Rcvd: Nov 18, 2019
                              Form ID: 138NEW             Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

Case 14-18076-elf    Doc 71    Filed 11/20/19    Entered 11/21/19 00:59:16    Desc Imaged
                        Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Heidi Bishop
    Debtor(s)

Bankruptcy No: 14−18076−elf
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 11/18/19

        70 – 68
        Form 138_new