United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18076-elf
Heidi Bishop                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: Antoinett | Page 1 of 1 | Date Rcvd: Nov 18, 2019 |
| | Form ID: 212 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
db     +Heidi Bishop,   3614 Church Rd,   Northampton, PA 18067-9101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:

    ANDREW SPIVACK   on behalf of Creditor   Nationstar Mortgage LLC paeb@fedphe.com
    ANDREW M. LUBIN   on behalf of Creditor   Nationstar Mortgage LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com
    HARRY J. NEWMAN   on behalf of Debtor Heidi Bishop lawyer@hjnlaw.com
    LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
    MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
    SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

    TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                              Chapter: 13

    Heidi Bishop

Debtor(s)                                 Case No: 14–18076–elf

___

### *ORDER*

AND NOW, 11/18/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                For The Court

                                                                Eric L. Frank

                                                                 Judge ,United States Bankruptcy Court